443 F.2d 359
 SOUTHWESTERN FUND SALES, INC., Plaintiff-Appellant,
v.
SHAREHOLDERS MANAGEMENT COMPANY, Enterprise Fund, Inc., and
Harbor Fund, Inc., Defendants-Appellees.
No. 71-1272 Summary Calendar.*
* Rule 18, 5 Cir. See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431
F.2d 409, Part I.
 United States Court of appeals, Fifth Circuit.
 June 4, 1971.
 
 Melvin Potash, Harry Lee Hudspeth, Potash & Bernat, Inc., El Paso, Tex., for plaintiff-appellant.
 J. F. Hulse, El Paso, Tex., Roy W. McDonald, New York City, Scott, Hulse, Marshall & Feuille, El Paso, Tex., for defendants-appellees; Roger W. Kapp, Daniel R. Murdock, Donovan, Leisure, Newton & Irvine, New York City, of counsel.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966